UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECILIANO TOMAS CHAIDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAMACHO, et al.,<br><br>Defendants. | No. 1:17-cv-01098-DAD-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 14) |

Plaintiff Preciliano Tomas Chaidez is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2018, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only against defendant correctional officer (C/O) Camacho for use of excessive force under the Eighth Amendment, and that all other claims be dismissed from this action based on plaintiff's failure to state a claim. (Doc. No. 14.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 20, 2018 (Doc. No. 14) are adopted in full;
2. This action now proceeds only against defendant C/O Camacho for use of excessive force under the Eighth Amendment;
3. All remaining claims and defendants are dismissed from this action; and
4. This case is referred back to the magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: **November 15, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE